UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SHANNON C. SARGENT                                                                                    PLAINTIFF

VS.                                                                             CAUSE NO. 3:24-cv-00350-GHD-JMV

TATE COUNTY, MISSISSIPPI;
TATE COUNTY MUNICIPAL COURT;
SENATOBIA POLICE DEPARTMENT;
CHRISTIAN SUBIA, Police Officer K-9,
Individual and Official Capacity; BLAKE
WARREN, Police Officer; JAMES DOVER,
Police Officer; ANDREW STOVALL, Detective;
BRANNON RUSHING, Police Officer; BRAD
LANCE; EDDIE HADSKEY, Court Clerk,
Individual and Official Capacity; RHONDA
AMIS, Assistant District Attorney, Individual
and Official Capacity; SMITH MURPHEY,
Judge, Individual and Official Capacity                                                              DEFENDANTS

## ORDER STAYING ATTORNEY CONFERENCE, DISCLOSURE REQUIREMENTS, AND ALL DISCOVERY PURSUANT TO L.U.Civ.R. 16(b)(3)

THIS CAUSE having come before the Court by operation of the automatic stay provision of L.U.Civ.R. 16(b)(3), and the Court, being fully advised in the premises, finds that the attorney conference, the initial disclosure requirements, and any and all discovery in this matter are stayed by operation of L.U.Civ.R. 16(b)(3) due to Defendant Judge Smith Murphey's filing, on January 9, 2025, of a motion to dismiss asserting jurisdictional and immunity defenses [ECF #30].

IT IS, THEREFORE, ORDERED AND ADJUDGED that pursuant to L.U.Civ.R. 16(b)(3), and until any subsequent order of this Court to the contrary, the attorney conference, initial disclosure requirements, and any and all discovery in this matter are hereby **STAYED** pending the Court's ruling on the aforementioned motion [ECF #30], including the outcome of any appeal.

**SO ORDERED AND ADJUDGED**, this the 10th day of January, 2025.

/s/ Jane M. Virden

**UNITED STATES MAGISTRATE JUDGE**