UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SHANNON C. SARGENT             PLAINTIFF

vs.             Civil No. 3:24-cv-350-GHD-JMV

TATE COUNTY, MISSISSIPPI, *et. al.*             DEFENDANTS

### ORDER GRANTING DEFENDANT JUDGE SMITH MURPHEY'S MOTION TO DISMISS FOR LACK OF JURISDICTION

Pursuant to an opinion issues this day, it is hereby ORDERED:

(1) Defendant Judge Smith Murphey's Motion to Dismiss for Lack of Jurisdiction [Doc. No. 30] is **GRANTED**;

(2) All claims against Defendant Judge Murphey are hereby **DISMISSED WITH PREJUDICE**, and Defendant Judge Murphey is **DISMISSED** as a Defendant in this action; and

(3) Defendant Judge Murphey's Motion to Strike Pro Se Plaintiff's Unauthorized and Improper Surreply [50] is **DENIED** as **MOOT**; and

(4) As to Plaintiff's claims against the remaining Defendants, this matter shall **PROCEED**.

SO ORDERED, this, the 7th day of July, 2025.

_____
SENIOR U.S. DISTRICT JUDGE