UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SHANNON C. SARGENT                                   PLAINTIFF

vs.                                     Civil No. 3:24-cv-350-GHD-JMV

TATE COUNTY, MISSISSIPPI, *et. al.*                    DEFENDANTS

## ORDER GRANTING DEFENDANT BRAD LANCE'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issues this day, it is hereby ORDERED:

(1) Defendant Brad Lance's Motion for Judgment on the Pleadings, or Alternatively, Motion for Summary Judgment [Doc. No. 60] is **GRANTED**;

(2) All claims against Defendant Brad Lance are hereby **DISMISSED WITH PREJUDICE**, and Defendant Brad Lance is **DISMISSED** as a Defendant in this action; and

(3) As to Plaintiff's claims against the remaining Defendants, this matter shall **PROCEED**.

SO ORDERED, this, the 7th day of July, 2025.

_____
SENIOR U.S. DISTRICT JUDGE