UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SHANNON C. SARGENT                                            PLAINTIFF

vs.                                           Civil No. 3:24-cv-350-GHD-JMV

TATE COUNTY, MISSISSIPPI, *et. al.*                           DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on United States Magistrate Judge Jane M. Virden's November 5, 2025, Report and Recommendation [Doc. No. 101]. As set forth in her Report, Judge Virden recommends the Amended Complaint [5] be dismissed against Defendants Tate County, Mississippi, Tate County Municipal Court, Eddie Hadskey, and Rhonda Amis for failure to accomplish service after being granted multiple extensions of time to do so. *See* Fed. R. Civ. P. 4(m). Plaintiff Sargent filed an objection to the Report almost one month after the November 19, 2025, objections deadline. *See* L.U. Civ. R. 72(a)(3). His objections are without merit, and after reviewing the Report, this Court finds it should be approved. Therefore, it is **ORDERED**:

1. The Report and Recommendation [101] of United States Magistrate Judge Jane M. Virden is hereby **APPROVED AND ADOPTED** as the opinion of this Court;

2. The Amended Complaint [5] is **DISMISSED WITHOUT PREJUDICE** against Defendants Tate County, Mississippi, Tate County Municipal Court, Eddie Hadskey, and Rhonda Amis for failure to accomplish service; and

3. This action **SHALL PROCEED** against all other Defendants.

**SO ORDERED**, this, the 18th day of December, 2025.

SENIOR U.S. DISTRICT JUDGE